IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

```
JOHN TAYLOR, et al.,            }
                                }
     Plaintiffs,                }
                                }       CIVIL ACTION NO.
v.                              }       05-AR-0679-S
                                }
ALLTEL COMMUNICATIONS, INC.,    }
                                }
     Defendant.                 }
```

**MEMORANDUM OPINION**

The court has for consideration the motion of plaintiffs, John Taylor and Jennifer Taylor, to remand the above-entitled case to the Circuit Court of Jefferson County, Alabama, from which it was removed by defendant, Alltel Communications, Inc., on the dual jurisdictional bases of "federal question" and "diversity".

Based on this court's opinion in *Watkins v. Trans Union, LLC*, 118 F. Supp. 2d, 1217 (N.D. Ala. 2000), this court finds no federal question inherent in plaintiffs' well pled complaint under state law in which no federal claim is expressly stated or necessarily implied.

Because there was no *ad damnum* set forth in the complaint, the existence or non-existence of the $75,000 jurisdictional amount for a diversity removal was ambiguous. During oral argument in support of plaintiffs' motion to remand, plaintiffs conceded that neither plaintiff will seek or accept more than $75,000 in the case, thus removing the ambiguity which defendant legitimately interpreted as presenting claims of more than $75,000 by each plaintiff.

Based on the foregoing, a separate order of remand will be entered.

DONE this 15th day of April, 2005.

/s/ William M. Acker, Jr.
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE